No. 227. UNITED STATES *v.* JAMES REED. Appeal from the Court of Claims. Submitted April 16, 1924. Decided May 5, 1924. *Per Curiam.* Affirmed upon the authority of *United States* v. *Andrews,* 240 U. S. 90, 94. *Mr.*

*Solicitor General Beck* and *Mr. George Ross Hull* for the United States. *Mr. George A. King, Mr. Wm. B. King* and *Mr. George R. Shields* for appellee.